528

BEFORE THE FIRST DIVISION, JANUARY 27, 1941

**No. 45297.**—Protest 957918–G of W. X. Huber Co. (Los Angeles).

Opinion by TILSON, J. It was found that the merchandise is a refuse thrown off or dropped from the machine in a manufacturing process. On the authority of *Willits* v. *United States* (11 C. C. P. A. 499, T. D. 39657), *Harley* v. *United States* (14 id. 112, T. D. 41644), *Masson* v. *United States* (15 id. 78, T. D. 42157), *Eastman Kodak Co.* v. *United States* (26 id. 315, C. A. D. 34), and Abstract 41389 the claim as waste at 10 percent under paragraph 1555 was sustained. Abstract 15381 (T. D. 28160) distinguished.

**No. 45298.**—Protests 33658–K, etc., of James H. Rhodes & Co. (New York).

Opinion by WALKER, J. On the record presented the claim at one-fourth or one-tenth of 1 cent per pound, depending on the value, under paragraph 206 was sustained. *Chrystal* v. *United States* (T. D. 49571) followed.

**No. 45299.**—Protest 972282–G of Frank P. Dow Co., Inc. (Seattle).

Opinion by WALKER, J. The merchandise consisted of balls of blown glass arranged to represent a cluster of grapes and intended to be used for purposes of ornamentation. The classification under paragraph 1518 was therefore affirmed *Cochran* v. *United States* (10 Ct. Cust. Appls. 62, T. D. 38336) followed.

**No. 45300.**—Protests 977577–G/88332, etc., of Spiegel Bros. (Chicago).

Opinion by WALKER, J. These protests were submitted without the introduction of any evidence. On the record presented the protests were overruled.

BEFORE THE THIRD DIVISION, JANUARY 27, 1941

**No. 45301.**—Protest 963550–G of G. H. Lewis & Sons, Inc. (New York).

Opinion by CLINE, J. It appeared that the pheasants bore no marking but the cases in which they were packed were marked "Manchukuo" while the customs officers required them to be marked "Manchuria." As the collector followed the directions in T. D. 47068 the protest was overruled.